*Law Office of*

# WILLIAM J. FITZULA

WILLIAM J. FITZULA
CINDY B. SHERA
JENNIFER L. PARSONS++
ELEANORE A. ROGALSKI*
ERIC S. ROBINSON

PATRICIA A. PALMA+
Of Counsel

303 FELLOWSHIP ROAD, SUITE 300
MOUNT LAUREL, NEW JERSEY 08054-1212
(856) 638-5700
FAX: (856) 638-5701

*Certified by the Supreme Court of New Jersey as a Civil Trial Attorney
+NJ AND NY BARS
++NJ and PA Bars

**We are a paperless office. Send documents to email below.**
**If sending paper, do not use staples.**
**If sending via fax/email, do not send regular mail.**

Attorney Direct: 856-638-5704 or 732-245-6988
Secretary Direct: 856-638-5722

Email: JLPAssist@wfitzula-law.com

November 16, 2022

United States District Court of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

RE:    MANDU VS ALBANO
       OUR FILENO:040301791003
       DOCKET NO:2:22-CV-01580-KSH-AME

Dear Sir/Madam:

Enclosed please find documents listed below:

(X)    Notice of Motion
(X)    Order
(X)    Please charge the filing fee to our account.
(X)    Please file

Very truly yours,

*Jennifer Parsons*

By:_____
Jennifer L Parsons

JLP/sg
Enclosure
cc:    Camille Juliano/Mt Laurel Claims Office/040301791003
       John Brown, Esq.
       Charles Cole, Esq.

Jennifer L Parsons - 20081996
**LAW OFFICES OF WILLIAM J. FITZULA**
303 FELLOWSHIP RD SUITE 300
MT LAUREL, NJ 08054
856-638-5700
FAX: 856-638-5701
Attorney for Defendant, John Albano

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAIRO MANDU and IONE MANDU, | NO.2:22-cv-01580(KSH)(AME) |
| Plaintiffs, | |
| vs. | |
| SCHIAVONE CONSTRUCTION CO. LLC and JOHN ALBANO, | |
| Defendants. | |

**MOTION FOR LEAVE FOR DEFENDANT JOHN ALBANO
TO DEPOSIT THE PROCEEDS OF INSURANCE POLICY WITH THE COURT**

In accordance with Fed. R. Civ. P. 67 and L. R. Civ. P. 67.1, defendant John Albano hereby moves for leave to deposit the proceeds of his insurance company with the Court.

A copy of the proposed Order to Deposit is attached.

Law Offices of William J. Fitzula

Dated: November 16, 2022                By: *Jennifer L Parsons* _____
                                            Jennifer L Parsons

Jennifer L Parsons - 20081996
**LAW OFFICES OF WILLIAM J. FITZULA**
303 FELLOWSHIP RD SUITE 300
MT LAUREL, NJ 08054
856-638-5700
FAX: 856-638-5701
Attorney for Defendant, John Albano

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAIRO MANDU and IONE MANDU,<br>Plaintiffs, | NO.2:22-cv-01580(KSH)(AME) |
| vs. | |
| SCHIAVONE CONSTRUCTION CO. LLC<br>and JOHN ALBANO,<br>Defendants. | |

I, Jennifer L Parsons of full age, hereby certify the following:

1. I am An Attorney-at-Law of the State of New Jersey, and am associated with the Law Offices of William J. Fitzula. I have been assigned personal handling of and am familiar with the above-captioned matter.

2. Defendant John Albano is insured with High Point Safety and Insurance Company with policy limits of $100,000.00. (See declaration page attached as Exhibit "A").

3. High Point Safety and Insurance Company has requested I seek permission to deposit the policy limits.

I further certify and verify that the preceding statements are true and correct to the best of my knowledge, information and belief.

Law Offices of William J. Fitzula

*Jennifer L Parsons* (signature)

By: _____
Jennifer L Parsons

Dated: November 16, 2022

<u>CERTIFICATION OF SERVICE</u>

Jennifer Parsons, hereby certifies that service of a true and correct copy of the foregoing motion was made this date by filing using CM/ECF:

John Brown Esq
Law Office of John Brown
801 Hooper Ave
Toms River NJ 08753

Britany S. Cates, Esq. (Pro Hoc Vice)
Faxon Law Group, LLC
59 Elm Street
New Haven, CT 06510

Charles Cole, Esq.
Newman Myers Kreines Harris
40 Wall St.
New York NY 10005

Dated:  November 16, 2022

                            LAW OFFICE OF WILLIAM FITZULA
                            Attorney for Defendant

                            By:_____
                            Jennifer Parsons, Esq.

Jennifer L Parsons - 20081996
**LAW OFFICES OF WILLIAM J. FITZULA**
303 FELLOWSHIP RD SUITE 300
MT LAUREL, NJ 08054
856-638-5700
FAX: 856-638-5701
Attorney for Defendant, John Albano

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAIRO MANDU and IONE MANDU, | NO.2:22-cv-01580(KSH)(AME)RR |
| Plaintiffs, | |
| vs. | |
| SCHIAVONE CONSTRUCTION CO. LLC and JOHN ALBANO, | |
| Defendants. | |

**PROPOSED ORDER ALLOWING DEFENDANT
TO DEPOSIT THE PROCEEDS OF INSURANCE POLICY WITH THE COURT**

**THIS MATTER** having been placed before the Court by the Law Offices of William J. Fitzula attorney for the defendant, John Albano; and the Court having considered the moving papers of the parties; and for good cause shown;

**IT IS**, on this _____ day of _____, 2022;

**ORDERED** the Defendant, John Albano, may hereby deposit the sum of $100,000.00 with the United States District Court pending further disposition of the claim of Plaintiffs, Ione Mandu & Jairo Mandu, and

**IT IS FURTHER ORDERED**  that a copy of this Order permitting the deposit shall be served upon the Clerk of Court, the Chief Deputy of Administration, Deputy Chief of Operations or Finance Manager; and

**IT IS FURTHER ORDERED** all monies ordered to be paid to the Court or received by its officers in any case pending or adjudicated shall be deposited with the Treasurer of the United States in the name and to

the credit of this Court pursuant to 28 U.S.C. Section 2041 through depositories designed by the Treasury to accept such deposit on its behalf;

**IT IS FURTHER ORDERED** that service of this Order shall be deemed effectuated upon all parties upon its upload to CM/ECF.

_____
, J.