Charles D. Cole, Jr.
Newman Myers Kreines Harris
40 Wall Street
New York, New York 10005-1335
(212) 619-4350
dcole@newmanmyers.com
Attorneys for Defendant Schiavone Construction Co. LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAIRO MANDU and IONE MANDU, | : |
| Plaintiffs, | : |
| v. | : No. 2:22-cv-1580 (KSH) (AME) |
| SCHIAVONE CONSTRUCTION CO. LLC, and JOHN ALBANO, | : |
| Defendants. | : |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

It is stipulated and agreed between the parties by their attorneys that this action is voluntarily dismissed with prejudice and without costs under rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Joel T. Faxon
Brittany S. Cates
Faxon Law Group, LLC
59 Elm Street
New Haven, Connecticut 06501
(203) 624-9500
jfaxon@faxonlawgroup.com
bcates@faxonlawgroup.com

Charles D. Cole, Jr.
Newman Myers Kreines Harris
Attorneys for Defendant Schiavone
  Construction Co. LLC
40 Wall Street
New York, New York 10005-1447
(212) 619-4350
dcole@newmanmyers.com

SO ORDERED this day of November 5, 2024
s/Katharine S. Hayden
Hon. Katharine S. Hayden, U.S.D.J.

John L. Brown, Jr. Esq.
Law Office of John Brown, Esq.
801 Hooper Avenue
Toms River, New Jersey 08753
(732) 995-4797
info@johnbrownesq.com

Attorneys for Plaintiffs Jairo Mandu
 and Ione Mandu

*Jennifer Parsons* (signature)

Jennifer L. Parsons
Law Offices of William J. Fitzula
Attorney for Defendant John Albano
Suite 300
303 Fellowship Road
Mount Laurel, New Jersey 08054-1212
(856) 638-5700
jparsons@wfitzula-law.com